Allan Greeley, Appellant, v. Robert B. Archibald, Appellee.

### Division A.

Appeal from Circuit Court, Duval county; Rhydon M. Call, Judge.

M. C. Jordan for appellant.

W. B. Young for appellee.

The bill in this cause was filed by the appellant against the appellee. There was decree for the defendant, and the complainant appeals. The decree is affirmed.

Decision *Per Curiam.*